No. 94–6027. HICKEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6031. HADLOCK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–144. COMBINED MANAGEMENT, INC. *v.* ATCHINSON, SUPERINTENDENT, BUREAU OF INSURANCE OF MAINE. C. A. 1st Cir. Motion of International Association of Entrepreneurs of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 94–255. COLLINS ET AL. *v.* GREENE COUNTY MEMORIAL HOSPITAL ET AL. Sup. Ct. Pa. Motion of respondent Greene County Memorial Hospital for damages, costs, and attorney's fees denied. Certiorari denied.

No. 94–258. HOME SAVINGS OF AMERICA, FSB *v.* MAYNARD. Ct. App. Cal., 2d App. Dist. Motion of Texas Savings et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 94–264. AIMABLE ET AL. *v.* LONG & SCOTT FARMS, INC. C. A. 11th Cir. Motion of United Farm Workers of America et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 94–271. FLORIDA *v.* HOLLAND. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–314. UNDERWAGER ET AL. *v.* SALTER ET AL. C. A. 7th Cir. Motions of National Association of State VOCAL Organizations and National Congress for Men and Children, Inc., for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 94–385. EXXON CORP. ET AL. *v.* EYAK NATIVE VILLAGE ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–422. RUTLEDGE *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner to supplement petition for writ of certiorari denied. Certiorari denied.